AO 108 (Rev. 01/09) Application for a Warrant to Seize Personal Property Subject to Civil Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
)  Case No. 12-MC-0036
All funds in accts attached to debit card no. )
4217642476833264 in name of Yadira Gastelum at )
Bank of Amer., 3505 E. Imperial Hwy, Lynwood, CA )

## APPLICATION FOR A WARRANT
## TO SEIZE PERSONAL PROPERTY SUBJECT TO CIVIL FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the ___Central___ District of ___California___ is subject to forfeiture to the United States of America under ___21___ U.S.C. § ___881___ *(describe the property)*:

All funds in accts attached to debit card no. 4217642476833264 in name of Yadira Gastelum at Bank of Amer., 3505 E. Imperial Hwy, Lynwood, CA

The application is based on these facts:
The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are set forth in the attached affidavit which is continued on the attached sheet and made a part hereof.

☑ Continued on the attached sheet.

*Applicant's signature*

Patricia Nelson, IRS Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 10, 2012

*Judge's signature*

**BOYD N. BOLAND**
**United States Magistrate Judge**
*Printed name and title*

City and state: Denver, Colorado